# Exhibit D

Exhibit D – U.S. Patent No. 9,622,227

Toyota makes, uses, tests, offers for sale, sells, and/or imports vehicles that comply, operate in accordance, and/or are configured in accordance with 36 Series of one or more of 3GPP releases 10-16. Such vehicles are collectively referred to as the "Accused Products." The Accused Products include Toyota and Lexus-branded vehicles that support LTE and that were made in, used in, tested in, offered for sale in, sold in, or imported into the United States by Toyota at some point in time since 2018. Each of the Accused Products supports LTE and, thus, includes the features and functionality identified in this chart. The features and functionality identified in this chart cause the Accused Products to practice the asserted claims of U.S. Patent No. 9,622,227 (the "'227 patent").

| Claim 1 | Accused Products |
|---|---|
| [PRE] A method of operating a user equipment (UE), the method comprising: | An Accused Product configured to operate on an LTE network is a user equipment (UE). As evidenced below, the Accused Products perform a method of operating a user equipment when operating on an LTE network. |
| [A][1] determining whether at least two of a plurality of channel state information (CSI) reports are to be transmitted on a physical uplink control channel (PUCCH) in a subframe, | As evidenced below, an Accused Product operating on an LTE network determines whether at least two of a plurality of channel state information (CSI) reports are to be transmitted on a physical uplink control channel (PUCCH) in a subframe. <br><br> **7.2 UE procedure for reporting Channel State Information (CSI)** <br><br> The time and frequency resources that can be used by the UE to report CSI which consists of channel quality indicator (CQI), precoding matrix indicator (PMI), precoding type indicator (PTI), and/or rank indication (RI) are controlled by the eNB. For spatial multiplexing, as given in [3], the UE shall determine a RI corresponding to the number of useful transmission layers. For transmit diversity as given in [3], RI is equal to one. <br><br> A UE in transmission mode 8 or 9 is configured with or without PMI/RI reporting by the higher layer parameter *pmi-RI-Report*. <br><br> A UE is configured with resource-restricted CSI measurements if the subframe sets $C_{CSI,0}$ and $C_{CSI,1}$ are configured by higher layers. <br><br> CSI reporting is periodic or aperiodic. <br><br> If the UE is configured with more than one serving cell, it transmits CSI for activated serving cell(s) only. <br><br> […] |

1

Exhibit D – U.S. Patent No. 9,622,227

| Claim 1 | Accused Products |
|---|---|
| | **Source:** TS 36.213,[1] p. 44 <br><br> 7.2.2    Periodic CSI Reporting using PUCCH <br><br> A UE is semi-statically configured by higher layers to periodically feed back different CSI (CQI, PMI, PTI, and/or RI) on the PUCCH using the reporting modes given in Table 7.2.2-1 and described below. <br><br> Table 7.2.2-1: CQI and PMI Feedback Types for PUCCH CSI reporting Modes <br><br>  <br><br> **Source:** TS 36.213, p. 52 |

---

[1] 3GPP TS 36.213 V10.13.0 (2015-06) Evolved Universal Terrestrial Radio Access (E-UTRA); Physical layer procedures (Release 10)

2

Exhibit D – U.S. Patent No. 9,622,227

| Claim 1 | Accused Products |
|---|---|
| | **7.2.2    Periodic CSI Reporting using PUCCH**<br><br>[...]<br><br>For the UE-selected subband CQI, <u>a CQI report</u> in a certain subframe <u>of a certain serving cell</u> describes the channel quality in a particular part or in particular parts of the bandwidth of that serving cell described subsequently as bandwidth part (BP) or parts. <u>The bandwidth parts shall be indexed in the order of increasing frequency and non-increasing sizes starting at the lowest frequency.</u><br><br><u>For each serving cell</u><br>• There are a total of $N$ subbands for a serving cell system bandwidth given by $N_{RB}^{DL}$ where $\lfloor N_{RB}^{DL}/k \rfloor$ subbands are of size $k$. If $\lceil N_{RB}^{DL}/k \rceil - \lfloor N_{RB}^{DL}/k \rfloor > 0$ then one of the subbands is of size $N_{RB}^{DL} - k \cdot \lfloor N_{RB}^{DL}/k \rfloor$.<br>• A bandwidth part $j$ is frequency-consecutive and consists of $N_j$ subbands where $J$ bandwidth parts span $S$ or $N_{RB}^{DL}$ as given in Table 7.2.2-2. If $J=1$ then $N_j$ is $\lceil N_{RB}^{DL}/k/J \rceil$. If $J>1$ then $N_j$ is either $\lceil N_{RB}^{DL}/k/J \rceil$ or $\lceil N_{RB}^{DL}/k/J \rceil - 1$, depending on $N_{RB}^{DL}$, $k$ and $J$.<br>• <u>Each bandwidth part $j$, where $0 \le j \le J-1$, is scanned in sequential order according to increasing frequency.</u><br>• For UE selected subband feedback a single subband out of $N_j$ subbands of a bandwidth part is selected along with a corresponding $L$-bit label indexed in the order of increasing frequency, where $L = \lceil \log_2 \lceil N_{RB}^{DL}/k/J \rceil \rceil$.<br><br>[...]<br><br>**Source:** TS 36.213, pp. 52-53 |
| [A][2] each of the plurality of CSI reports related to a respective one of a plurality of component carriers; | As evidenced below, each of the plurality of CSI reports is related to a respective one of a plurality of component carriers. |

Exhibit D – U.S. Patent No. 9,622,227

| Claim 1 | Accused Products |
|---|---|
| | ### 7.2  UE procedure for reporting Channel State Information (CSI)<br><br>The time and frequency resources that can be used by the UE to report CSI which consists of channel quality indicator (CQI), precoding matrix indicator (PMI), precoding type indicator (PTI), and/or rank indication (RI) are controlled by the eNB. For spatial multiplexing, as given in [3], the UE shall determine a RI corresponding to the number of useful transmission layers. For transmit diversity as given in [3], RI is equal to one.<br><br>A UE in transmission mode 8 or 9 is configured with or without PMI/RI reporting by the higher layer parameter *pmi-RI-Report*.<br><br>A UE is configured with resource-restricted CSI measurements if the subframe sets $C_{CSI,0}$ and $C_{CSI,1}$ are configured by higher layers.<br><br>CSI reporting is periodic or aperiodic.<br><br>If the UE is configured with more than one serving cell, it transmits CSI for activated serving cell(s) only.<br><br>[…]<br><br>**Source:** TS 36.213, p. 44 |
| [B][1] on a condition that the determination is positive, dropping at least one lower priority CSI report of the plurality of CSI reports, wherein: | As evidenced below, an Accused Product operating on an LTE network, on a condition that the determination is positive, drops at least one lower priority CSI report of the plurality of CSI reports.<br><br>### 7.2.2    Periodic CSI Reporting using PUCCH<br><br>[…]<br><br>For a given subframe, in case of collision between CSI reports of different serving cells with PUCCH reporting type of the same priority, the CSI of the serving cell with lowest *ServCellIndex* is reported, and CSI of all other serving cells are dropped.<br><br>[…]<br><br>**Source:** TS 36.213, pp.52-54 |

Exhibit D – U.S. Patent No. 9,622,227

| Claim 1 | Accused Products |
|---|---|
| [B][2] a CSI report containing a Rank Indicator (RI) is prioritized over one or more CSI reports containing a Channel Quality Indicator (CQI), and | As evidenced below, a CSI report containing a Rank Indicator (RI) is prioritized over one or more CSI reports containing a Channel Quality Indicator (CQI).<br><br>**7.2.2    Periodic CSI Reporting using PUCCH**<br><br>[...]<br><br>The following CQI/PMI and RI reporting types with distinct periods and offsets are supported for the PUCCH CSI reporting modes given in Table 7.2.2-3:<br>• Type 1 report supports CQI feedback for the UE selected sub-bands<br>• Type 1a report supports subband CQI and second PMI feedback<br>• Type 2, Type 2b, and Type 2c report supports wideband CQI and PMI feedback<br>• Type 2a report supports wideband PMI feedback<br>• Type 3 report supports RI feedback<br>• Type 4 report supports wideband CQI<br>• Type 5 report supports RI and wideband PMI feedback<br>• Type 6 report supports RI and PTI feedback<br><br>[...]<br><br>If the UE is configured with more than one serving cell, the UE transmits a CSI report of only one serving cell in any given subframe. For a given subframe, in case of collision of a CSI report with PUCCH reporting type 3, 5, 6, or 2a of one serving cell with a CSI report with PUCCH reporting type 1, 1a, 2, 2b, 2c, or 4 of another serving cell, the latter CSI with PUCCH reporting type (1, 1a, 2, 2b, 2c, or 4) has lower priority and is dropped. For a given subframe, in case of collision of CSI report with PUCCH reporting type 2, 2b, 2c, or 4 of one serving cell with CSI report with PUCCH reporting type 1 or 1a of another serving cell, the latter CSI report with PUCCH reporting type 1, or 1a has lower priority and is dropped.<br>For a given subframe, in case of collision between CSI reports of different serving cells with PUCCH reporting type of the same priority, the CSI of the serving cell with lowest *ServCellIndex* is reported, and CSI of all other serving cells are dropped.<br><br>**Source:** TS 36.213, pp. 52-54 |
| [B][3] a CSI report containing a RI for a primary component carrier is prioritized over one or more CSI reports containing a RI for a | As evidenced below, a CSI report containing a RI for a primary component carrier is prioritized over one or more CSI reports containing a RI for a respective secondary component carrier. |

Exhibit D – U.S. Patent No. 9,622,227

| Claim 1 | Accused Products |
|---|---|
| respective secondary component carrier; and | 7.2.2    Periodic CSI Reporting using PUCCH<br><br>[...]<br><br>For a given subframe, in case of collision between CSI reports of different serving cells with PUCCH reporting type of the same priority, the CSI of the serving cell with lowest *ServCellIndex* is reported, and CSI of all other serving cells are dropped.<br><br>[...]<br><br>**Source:** TS 36.213, pp. 52-54<br><br>–    *ServCellIndex*<br><br>The IE *ServCellIndex* concerns a short identity, used to identify a serving cell (i.e. the PCell or an SCell). Value 0 applies for the PCell, while the *SCellIndex* that has previously been assigned applies for SCells.<br><br>*ServCellIndex* information element<br><br>`-- ASN1START`<br><br>`ServCellIndex-r10 ::=           INTEGER (0..7)`<br><br>`-- ASN1STOP`<br><br>**Source:** TS 36.331,[2] p. 220 |
| [C] transmitting, subsequent to the dropping, at least one prioritized CSI report of the plurality of CSI reports on the PUCCH in the subframe. | As evidenced below, an Accused Product operating on an LTE network transmits, subsequent to the dropping, at least one prioritized CSI report of the plurality of CSI reports on the PUCCH in the subframe. |

---

[2] 3GPP TS 36.331 V10.22.0 (2018-06) Evolved Universal Terrestrial Radio Access (E-UTRA); Radio Resource Control (RRC); Protocol specification (Release 10)

Exhibit D – U.S. Patent No. 9,622,227

| Claim 1 | Accused Products |
|---|---|
| | **7.2.2    Periodic CSI Reporting using PUCCH**<br><br>[…]<br><br>For a given subframe, in case of collision between CSI reports of different serving cells with PUCCH reporting type of the same priority, the CSI of the serving cell with lowest *ServCellIndex* is reported, and CSI of all other serving cells are dropped.<br><br>[…]<br><br>**Source:** TS 36.213, pp. 52-54 |

| Claim 2 | Accused Products |
|---|---|
| [A] The method of claim 1, wherein each of the plurality of component carriers has an associated priority, the method further comprising: | As evidenced below, each of the plurality of component carriers has an associated priority.<br><br>–    *ServCellIndex*<br><br>The IE *ServCellIndex* concerns a short identity, used to identify a serving cell (i.e. the PCell or an SCell). Value 0 applies for the PCell, while the *SCellIndex* that has previously been assigned applies for SCells.<br><br>**ServCellIndex information element**<br><br>`-- ASN1START`<br>`ServCellIndex-r10 ::=                INTEGER (0..7)`<br>`-- ASN1STOP`<br><br>**Source:** TS 36.331, p. 220 |

7

Exhibit D – U.S. Patent No. 9,622,227

| Claim 2 | Accused Products |
|---|---|
| | <div style="border:1px solid">**7.2.2    Periodic CSI Reporting using PUCCH**<br><br>[...]<br><br>For a given subframe, in case of collision between CSI reports of different serving cells with PUCCH reporting type of the same priority, <u>the CSI of the serving cell with lowest *ServCellIndex* is reported</u>, and CSI of all other serving cells are dropped.<br><br>[...]</div><br>**Source:** TS 36.213, pp. 52-54 |
| [B][1] on a condition that there are no CSI reports for <span style="color:red">a primary component carrier</span>, <span style="color:blue">dropping at least one lower priority CSI report of the plurality of CSI reports,</span> | As evidenced below, an Accused Product operating on an LTE network transmits, on a condition that there are no CSI reports for a primary component carrier, dropping at least one lower priority CSI report of the plurality of CSI reports.<br><br><div style="border:1px solid">–        *ServCellIndex*<br><br>The IE *ServCellIndex* concerns a short identity, used to identify a serving cell (i.e. the PCell or an SCell). <u>Value 0 applies for the PCell</u>, while the *SCellIndex* that has previously been assigned applies for SCells.<br><br>***ServCellIndex* information  element**<br><br>`-- ASN1START`<br>`ServCellIndex-r10 ::=                    INTEGER (0..7)`<br>`-- ASN1STOP`</div><br>**Source:** TS 36.331, p. 220 |

8

Exhibit D – U.S. Patent No. 9,622,227

| Claim 2 | Accused Products |
|---|---|
| | 3.2    Abbreviations<br><br>[…]<br>PCell        Primary Cell<br>[…]<br>SCell        Secondary Cell<br><br>**Source:** TS 36.331, pp. 17-19<br><br>7.2.2    Periodic CSI Reporting using PUCCH<br><br>[…]<br><br>For a given subframe, in case of collision between CSI reports of different serving cells with PUCCH reporting type of the same priority, the CSI of the serving cell with lowest *ServCellIndex* is reported, and CSI of all other serving cells are dropped.<br><br>[…]<br><br>**Source:** TS 36.213, pp. 52-54 |
| [B][2] wherein a CSI report containing a RI for a component carrier with a highest associated priority is prioritized over one or more CSI reports containing a RI for a respective component carrier of lower associated priority. | As evidenced below and elsewhere herein, a CSI report containing a RI for a component carrier with a highest associated priority is prioritized over one or more CSI reports containing a RI for a respective component carrier of lower associated priority.<br><br>7.2.2    Periodic CSI Reporting using PUCCH<br><br>[…]<br><br>For a given subframe, in case of collision between CSI reports of different serving cells with PUCCH reporting type of the same priority, the CSI of the serving cell with lowest *ServCellIndex* is reported, and CSI of all other serving cells are dropped.<br><br>[…] |

Exhibit D – U.S. Patent No. 9,622,227

| Claim 2 | Accused Products |
|---|---|
| | **Source:** TS 36.213, pp. 52-54<br><br>*ServCellIndex*<br><br>The IE *ServCellIndex* concerns a short identity, used to identify a serving cell (i.e. the PCell or an SCell). Value 0 applies for the PCell, while the *SCellIndex* that has previously been assigned applies for SCells.<br><br>**ServCellIndex information element**<br><br>`-- ASN1START`<br><br>`ServCellIndex-r10 ::=            INTEGER (0..7)`<br><br>`-- ASN1STOP`<br><br>**Source:** TS 36.331, p. 220 |

| Claim 3 | Accused Products |
|---|---|
| [PRE] A user equipment (UE) comprising: | An Accused Product configured to operate on an LTE network is a user equipment (UE). |
| [A][1] a processor operable to determine whether at least two of a plurality of channel state information (CSI) reports are to be transmitted on a physical uplink control channel (PUCCH) in a subframe, | The Accused Products include one or more processors (e.g., processor(s) in a telematics unit, processor(s) in a data communications module) configured to implement and/or support LTE communications. As evidenced above, the one or more processors are operable to determine whether at least two of a plurality of channel state information (CSI) reports are to be transmitted on a physical uplink control channel (PUCCH) in a subframe. *See* Claim 1, [A][1]. |
| [A][2] each of the plurality of CSI reports related to a respective one of a plurality of component carriers; | As evidenced above, each of the plurality of CSI reports is related to a respective one of a plurality of component carriers. *See* Claim 1, [A][2]. |

10

Exhibit D – U.S. Patent No. 9,622,227

| Claim 3 | Accused Products |
|---|---|
| [B][1] the processor further operable to, on a condition that the determination is positive, drop at least one lower priority CSI report of the plurality of CSI reports, | As evidenced above, the one or more processors are operable to, on a condition that the determination is positive, drop at least one lower priority CSI report of the plurality of CSI reports. *See* Claim 1, [B][1]. |
| [B][2] wherein a CSI report containing a Rank Indicator (RI) is prioritized over one or more CSI reports containing a Channel Quality Indicator (CQI), and | As evidenced above, a CSI report containing a Rank Indicator (RI) is prioritized over one or more CSI reports containing a Channel Quality Indicator (CQI). *See* Claim 1, [B][2]. |
| [B][3] wherein a CSI report containing a RI for a primary component carrier is prioritized over one or more CSI reports containing a RI for a respective secondary component carrier; and | As evidenced above, a CSI report containing a RI for a primary component carrier is prioritized over one or more CSI reports containing a RI for a respective secondary component carrier. *See* Claim 1, [B][3]. |
| [C] a transmitter operable to transmit at least one prioritized CSI report of the plurality of CSI reports on the PUCCH in the subframe. | The Accused Products include hardware/software configured to transmit signals when communicating using LTE (i.e., a transmitter). As evidenced above, the hardware/software configured to transmit signals when communicating using LTE is operable to transmit at least one prioritized CSI report of the plurality of CSI reports on the PUCCH in the subframe. *See* Claim 1, [C]. |

| Claim 4 | Accused Products |
|---|---|
| [A] The UE of claim 3, wherein each of the plurality of component carriers has an associated priority, | As evidenced above, each of the plurality of component carriers has an associated priority. *See* Claim 2, [A]. |

Exhibit D – U.S. Patent No. 9,622,227

| Claim 4 | Accused Products |
|---|---|
| [B][1] and the processor further operable to, on a condition there are no CSI reports for a primary component carrier, dropping at least one lower priority CSI report of the plurality of CSI reports, | As evidenced above, the one or more processors are operable to, on a condition there are no CSI reports for a primary component carrier, drop at least one lower priority CSI report of the plurality of CSI reports. *See* Claim 2, [B][1]. |
| [B][2] wherein a CSI report containing a RI for a component carrier with a highest associated priority is prioritized over one or more CSI reports containing a RI for a respective component carrier of lower associated priority. | As evidenced above, a CSI report containing a RI for a component carrier with a highest associated priority is prioritized over one or more CSI reports containing a RI for a respective component carrier of lower associated priority. *See* Claim 2, [B][2]. |

| Claim 5 | Accused Products |
|---|---|
| [PRE] A non-transitory computer readable storage medium comprising executable code stored thereon that, when executed by a processor, causes a user equipment (UE) to: | Each Accused Product includes one or more processors (e.g., processor(s) in a telematics unit, processor(s) in a data communications module) configured to implement and/or support LTE communications. These processors implement instructions stored as software/code in memory included in the Accused Product (i.e., a non-transitory computer readable storage medium comprising executable code stored thereon). |
| [A][1] determine whether at least two of a plurality of channel state information (CSI) reports are to be transmitted on a physical uplink control channel (PUCCH) in a subframe, | As evidenced above, the instructions include software/code that when implemented cause the UE to determine whether at least two of a plurality of channel state information (CSI) reports are to be transmitted on a physical uplink control channel (PUCCH) in a subframe. *See* Claim 1, [A][1]. |
| [A][2] each of the plurality of CSI reports related to a respective one of a plurality of component carriers; | As evidenced above, each of the plurality of CSI reports is related to a respective one of a plurality of component carriers. *See* Claim 1, [A][2]. |

12

Exhibit D – U.S. Patent No. 9,622,227

| Claim 5 | Accused Products |
|---|---|
| [B][1] on a condition that the determination is positive, drop at least one lower priority CSI report of the plurality of CSI reports, wherein: | As evidenced above, the instructions include software/code that when implemented cause the UE to, on a condition that the determination is positive, drop at least one lower priority CSI report of the plurality of CSI reports. *See* Claim 1, [B][1]. |
| [B][2] a CSI report containing a Rank Indicator (RI) is prioritized over one or more CSI reports containing a Channel Quality Indicator (CQI), and | As evidenced above, a CSI report containing a Rank Indicator (RI) is prioritized over one or more CSI reports containing a Channel Quality Indicator (CQI). *See* Claim 1, [B][2]. |
| [B][3] a CSI report containing a RI for a primary component carrier is prioritized over one or more CSI reports containing a RI for a respective secondary component carrier; and | As evidenced above, a CSI report containing a RI for a primary component carrier is prioritized over one or more CSI reports containing a RI for a respective secondary component carrier. *See* Claim 1, [B][3]. |
| [C] transmit, subsequent to the dropping, at least one prioritized CSI report of the plurality of CSI reports on the PUCCH in the subframe. | As evidenced above, the instructions include software/code that when implemented cause the UE to transmit, subsequent to the dropping, at least one prioritized CSI report of the plurality of CSI reports on the PUCCH in the subframe. *See* Claim 1, [C]. |

| Claim 6 | Accused Products |
|---|---|
| [A] The non-transitory computer readable storage medium of claim 5, wherein each of the plurality of component carriers has an associated priority, | As evidenced above, each of the plurality of component carriers has an associated priority. *See* Claim 2, [A]. |

13

Exhibit D – U.S. Patent No. 9,622,227

| Claim 6 | Accused Products |
|---|---|
| [B][1] and the executable code, when executed by the processor, further causes the UE to, on a condition there are no CSI reports for a primary component carrier, drop at least one lower priority CSI report of the plurality of CSI reports, | As evidenced above, the instructions include software/code that when implemented cause the UE to, on a condition there are no CSI reports for a primary component carrier, drop at least one lower priority CSI report of the plurality of CSI reports. *See* Claim 2, [B][1] |
| [B][2] wherein a CSI report containing a RI for a component carrier with a highest associated priority is prioritized over one or more CSI reports containing a RI for a respective component carrier of lower associated priority. | As evidenced above, a CSI report containing a RI for a component carrier with a highest associated priority is prioritized over one or more CSI reports containing a RI for a respective component carrier of lower associated priority. *See* Claim 2, [B][2]. |

| Claim 7 | Accused Products |
|---|---|
| [PRE] A method of operating a user equipment (UE), the method comprising: | An Accused Product configured to operate on an LTE network is a user equipment (UE). As evidenced below, the Accused Products perform a method of operating a user equipment when operating on an LTE network. |
| [A][1] determining whether at least two of a plurality of channel state information (CSI) reports are to be transmitted on a physical uplink control channel (PUCCH) in a subframe, | As evidenced above, an Accused Product operating on an LTE network determines whether at least two of a plurality of channel state information (CSI) reports are to be transmitted on a physical uplink control channel (PUCCH) in a subframe. *See* Claim 1, [A][1]. |
| [A][2] each of the plurality of CSI reports related to a respective one of a plurality of component carriers and each of the plurality of component | As evidenced below, each of the plurality of CSI reports is related to a respective one of a plurality of component carriers and each of the plurality of component carriers has an associated priority. |

Exhibit D – U.S. Patent No. 9,622,227

| Claim 7 | Accused Products |
|---|---|
| carriers having an associated priority; | **7.2 UE procedure for reporting Channel State Information (CSI)**<br><br>The time and frequency resources that can be used by the UE to report CSI which consists of channel quality indicator (CQI), precoding matrix indicator (PMI), precoding type indicator (PTI), and/or rank indication (RI) are controlled by the eNB. For spatial multiplexing, as given in [3], the UE shall determine a RI corresponding to the number of useful transmission layers. For transmit diversity as given in [3], RI is equal to one.<br><br>A UE in transmission mode 8 or 9 is configured with or without PMI/RI reporting by the higher layer parameter *pmi-RI-Report*.<br><br>A UE is configured with resource-restricted CSI measurements if the subframe sets $C_{CSI,0}$ and $C_{CSI,1}$ are configured by higher layers.<br><br>CSI reporting is periodic or aperiodic.<br><br>If the UE is configured with more than one serving cell, it transmits CSI for activated serving cell(s) only.<br><br>[…]<br><br>**Source:** TS 36.213, p. 44<br><br>**—    *ServCellIndex***<br><br>The IE *ServCellIndex* concerns a short identity, used to identify a serving cell (i.e. the PCell or an SCell). Value 0 applies for the PCell, while the *SCellIndex* that has previously been assigned applies for SCells.<br><br>***ServCellIndex* information element**<br><br>`-- ASN1START`<br>`ServCellIndex-r10 ::=            INTEGER (0..7)`<br>`-- ASN1STOP`<br><br>**Source:** TS 36.331, p. 220 |
| [B][1] on a condition that the determination is positive, dropping at least one lower priority CSI report | As evidenced above, an Accused Product operating on an LTE network, on a condition that the determination is positive, drops at least one lower priority CSI report of the plurality of CSI reports. *See* Claim 1, [B][1]. |

15

Exhibit D – U.S. Patent No. 9,622,227

| Claim 7 | Accused Products |
|---|---|
| of the plurality of CSI reports, wherein: | |
| [B][2] a CSI report containing a Rank Indicator (RI) is prioritized over one or more CSI reports containing a Channel Quality Indicator (CQI), and | As evidenced above, a CSI report containing a Rank Indicator (RI) is prioritized over one or more CSI reports containing a Channel Quality Indicator (CQI). *See* Claim 1, [B][2]. |
| [B][3] a CSI report containing a RI for a component carrier with a highest associated priority is prioritized over one or more CSI reports containing a RI for a respective component carrier of lower associated priority; and | As evidenced below, a CSI report containing a RI for a component carrier with a highest associated priority is prioritized over one or more CSI reports containing a RI for a respective component carrier of lower associated priority.<br><br>7.2.2    Periodic CSI Reporting using PUCCH<br><br>[…]<br><br>For a given subframe, in case of collision between CSI reports of different serving cells with PUCCH reporting type of the same priority, the CSI of the serving cell with lowest *ServCellIndex* is reported, and CSI of all other serving cells are dropped.<br><br>[…]<br><br>**Source:** TS 36.213, pp. 52-54<br><br>—    *ServCellIndex*<br><br>The IE *ServCellIndex* concerns a short identity, used to identify a serving cell (i.e. the PCell or an SCell). Value 0 applies for the PCell, while the *SCellIndex* that has previously been assigned applies for SCells.<br><br>***ServCellIndex* information element**<br><br>`-- ASN1START`<br><br>`ServCellIndex-r10 ::=                    INTEGER (0..7)`<br><br>`-- ASN1STOP`<br><br>**Source:** TS 36.331, p. 220 |

16

Exhibit D – U.S. Patent No. 9,622,227

| Claim 7 | Accused Products |
|---|---|
| | |
| [C] transmitting, subsequent to the dropping, at least one prioritized CSI report of the plurality of CSI reports on the PUCCH in the subframe. | As evidenced above, an Accused Product operating on an LTE network transmits, subsequent to the dropping, at least one prioritized CSI report of the plurality of CSI reports on the PUCCH in the subframe. *See* Claim 1, [C]. |

| Claim 8 | Accused Products |
|---|---|
| [PRE] A user equipment (UE) comprising: | An Accused Product configured to operate on an LTE network is a user equipment (UE). |
| [A][1] a processor operable to determine whether at least two of a plurality of channel state information (CSI) reports are to be transmitted on a physical uplink control channel (PUCCH) in a subframe, | The Accused Products include one or more processors (e.g., processor(s) in a telematics unit, processor(s) in a data communications module) configured to implement and/or support LTE communications. As evidenced above, the one or more processors are operable to determine whether at least two of a plurality of channel state information (CSI) reports are to be transmitted on a physical uplink control channel (PUCCH) in a subframe. *See* Claim 1, [A][1]. |
| [A][2] each of the plurality of CSI reports related to a respective one of a plurality of component carriers and each of the plurality of component carriers having an associated priority; | As evidenced above, each of the plurality of CSI reports is related to a respective one of a plurality of component carriers and each of the plurality of component carriers has an associated priority. *See* Claim 7, [A][2]. |
| [B][1] the processor further operable to, on a condition that the determination is positive, drop at least one lower priority CSI report of the plurality of CSI reports, wherein: | As evidenced above, the one or more processors are operable to, on a condition that the determination is positive, drop at least one lower priority CSI report of the plurality of CSI reports. *See* Claim 1, [B][1]. |

Exhibit D – U.S. Patent No. 9,622,227

| Claim 8 | Accused Products |
|---|---|
| [B][2] a CSI report containing a Rank Indicator (RI) is prioritized over one or more CSI reports containing a Channel Quality Indicator (CQI), and | As evidenced above, a CSI report containing a Rank Indicator (RI) is prioritized over one or more CSI reports containing a Channel Quality Indicator (CQI). *See* Claim 1, [B][2]. |
| [B][3] a CSI report containing a RI for a component carrier with a highest associated priority is prioritized over one or more CSI reports containing a RI for a respective component carrier of a lower associated priority; and | As evidenced above, a CSI report containing a RI for a component carrier with a highest associated priority is prioritized over one or more CSI reports containing a RI for a respective component carrier of lower associated priority. *See* Claim 7, [B][3]. |
| [C] a transmitter operable to transmit at least one prioritized CSI report of the plurality of CSI reports on the PUCCH in the subframe. | The Accused Products include hardware/software configured to transmit signals when communicating using LTE (i.e., a transmitter). As evidenced above, the hardware/software configured to transmit signals when communicating using LTE is operable to transmit at least one prioritized CSI report of the plurality of CSI reports on the PUCCH in the subframe. *See* Claim 1, [C]. |

| Claim 9 | Accused Products |
|---|---|
| [PRE] A non-transitory computer readable storage medium comprising executable code stored thereon that, when executed by a processor, causes a user equipment (UE) to: | Each Accused Product includes one or more processors (e.g., processor(s) in a telematics unit, processor(s) in a data communications module) configured to implement and/or support LTE communications. These processors implement instructions stored as software/code in memory included in the Accused Product (i.e., a non-transitory computer readable storage medium comprising executable code stored thereon). |
| [A][1] determine whether at least two of a plurality of channel state information (CSI) reports are to be | As evidenced above, the instructions include software/code that when implemented cause the UE to determine whether at least two of a plurality of channel state information (CSI) reports |

18

Exhibit D – U.S. Patent No. 9,622,227

| Claim 9 | Accused Products |
|---|---|
| transmitted on a physical uplink control channel (PUCCH) in a subframe, | are to be transmitted on a physical uplink control channel (PUCCH) in a subframe. *See* Claim 1, [A][1]. |
| [A][2] each of the plurality of CSI reports related to a respective one of a plurality of component carriers and each of the plurality of component carriers having an associated priority; | As evidenced above, each of the plurality of CSI reports related to a respective one of a plurality of component carriers and each of the plurality of component carriers having an associated priority and each of the plurality of component carriers has an associated priority. *See* Claim 7, [A][2]. |
| [B][1] on a condition that the determination is positive, drop at least one lower priority CSI report of the plurality of CSI reports, wherein: | As evidenced above, the instructions include software/code that when implemented cause the UE to, on a condition that the determination is positive, drop at least one lower priority CSI report of the plurality of CSI reports. *See* Claim 1, [B][1]. |
| [B][2] a CSI report containing a Rank Indicator (RI) is prioritized over one or more CSI reports containing a Channel Quality Indicator (CQI), and | As evidenced above, a CSI report containing a Rank Indicator (RI) is prioritized over one or more CSI reports containing a Channel Quality Indicator (CQI). *See* Claim 1, [B][2]. |
| [B][3] a CSI report containing a RI for a component carrier with a highest associated priority is prioritized over one or more CSI reports containing a RI for a respective component carrier of lower associated priority; and | As evidenced above, a CSI report containing a RI for a component carrier with a highest associated priority is prioritized over one or more CSI reports containing a RI for a respective component carrier of lower associated priority. *See* Claim 7, [B][3]. |
| [C] transmit, subsequent to the dropping, at least one prioritized CSI report of the plurality of CSI reports on the PUCCH in the subframe. | As evidenced above, the instructions include software/code that when implemented cause the UE to transmit, subsequent to the dropping, at least one prioritized CSI report of the plurality of CSI reports on the PUCCH in the subframe. *See* Claim 1, [C]. |

Exhibit D – U.S. Patent No. 9,622,227