# Exhibit F

Exhibit F – U.S. Patent No. 11,109,282

Toyota makes, uses, tests, offers for sale, sells, and/or imports vehicles that comply, operate in accordance, and/or are configured in accordance with 36 Series of one or more of 3GPP releases 9-16. Such vehicles are collectively referred to as the "Accused Products." The Accused Products include Toyota and Lexus-branded vehicles that support LTE and that were made in, used in, tested in, offered for sale in, sold in, or imported into the United States by Toyota at some point in time since 2018. Each of the Accused Products supports LTE and, thus, includes the features and functionality identified in this chart. The features and functionality identified in this chart cause the Accused Products to practice the asserted claims of U.S. Patent No. 11,109,282 (the "'282 patent").

| Claim 1 | Accused Products |
|---|---|
| [PRE] A method performed by a user equipment (UE) for handover, using one of a delta configuration signaling scheme or a full configuration signaling scheme, from a source base station (BS) supporting a first protocol release to a target BS supporting a second protocol release, said UE being configured according to a first configuration including parameters defined in said first protocol release, the method comprising: | An Accused Product is a user equipment. As evidenced below, the Accused Products perform the claimed method when operating on an LTE network. |

Exhibit F – U.S. Patent No. 11,109,282

| Claim 1 | Accused Products |
|---------|------------------|
|         | <br><br>**Figure 10.1.2.1.1-1: Intra-MME/Serving Gateway HO** |
|         | **Source:** TS 36.300,[1] p. 48 |

---

[1] 3GPP TS 36.300 V9.10.0 (2012-12) Evolved Universal Terrestrial Radio Access (E-UTRA) and Evolved Universal Terrestrial Radio Access Network (E-UTRAN); Overall description; Stage 2 (Release 9)

Exhibit F – U.S. Patent No. 11,109,282

| Claim 1 | Accused Products |
|---|---|
| | <br><br>**Source:** TS 36.300, pp. 143-44<br><br>**Source:** TS 36.331,[2] p. 33 |

---

[2] 3GPP TS 36.331 V9.18.0 (2014-06) Evolved Universal Terrestrial Radio Access (E-UTRA); Radio Resource Control (RRC); Protocol specification (Release 9)

Exhibit F – U.S. Patent No. 11,109,282

| Claim 1 | Accused Products |
|---|---|
| | <br><br>**Source:** TS 36.331, pp. 97-108 |
| [A] receiving a handover command message from the source BS, wherein on a condition that the first protocol release is newer than the second protocol release, the handover command message comprises a one-bit indication that the UE perform a full configuration, wherein the UE is configured | As evidenced below, an Accused Product operating on an LTE network receives a handover command message from the source BS, wherein on a condition that the first protocol release is newer than the second protocol release, the handover command message comprises a one-bit indication that the UE perform a full configuration, wherein the UE is configured according to the first protocol release used by the source BS. |

Exhibit F – U.S. Patent No. 11,109,282

| Claim 1 | Accused Products |
|---|---|
| according to the first protocol release used by the source BS; and | <br><br>**Source:** TS 36.300, pp. 143-44<br><br>**Source:** TS 36.331, p. 33 |

Exhibit F – U.S. Patent No. 11,109,282

| Claim 1 | Accused Products |
|---------|------------------|
|         | **10.2.2    Message definitions**<br><br>**–    HandoverCommand**<br><br>This message is used to transfer the handover command generated by the target eNB, which is transparently transferred by the source RAN to the UE.<br><br>Direction: target eNB to source eNB/ source RAN<br><br>**HandoverCommand message**<br><br>```<br>-- ASN1START<br><br>HandoverCommand ::=                  SEQUENCE {<br>    criticalExtensions                  CHOICE {<br>        c1                                  CHOICE{<br>            handoverCommand-r8                  HandoverCommand-r8-IEs,<br>            spare7 NULL,<br>            spare6 NULL, spare5 NULL, spare4 NULL,<br>            spare3 NULL, spare2 NULL, spare1 NULL<br>        },<br>        criticalExtensionsFuture            SEQUENCE {}<br>    }<br>}<br><br>HandoverCommand-r8-IEs ::=          SEQUENCE {<br>    handoverCommandMessage              OCTET STRING (CONTAINING DL-DCCH-Message),<br>    nonCriticalExtension                SEQUENCE {}                        OPTIONAL<br>}<br><br>-- ASN1STOP<br>```<br><br>**HandoverCommand field descriptions**<br>*handoverCommandMessage*<br>Contains the entire DL-DCCH-Message including the *RRCConnectionReconfiguration* message used to perform handover to E-UTRAN, generated (entirely) by the target eNB.<br><br>**Source:** TS 36.331, p. 221 |

6

Exhibit F – U.S. Patent No. 11,109,282

| Claim 1 | Accused Products |
|---|---|
| | **6.2.2    Message definitions**<br>[...]<br><br>*RRCConnectionReconfiguration message*<br><br>```<br>-- ASN1START<br><br>RRCConnectionReconfiguration ::=      SEQUENCE {<br>    rrc-TransactionIdentifier        RRC-TransactionIdentifier,<br>    criticalExtensions               CHOICE {<br>        c1                               CHOICE{<br>            rrcConnectionReconfiguration-r8      RRCConnectionReconfiguration-r8-IEs,<br>            spare7 NULL,<br>            spare6 NULL, spare5 NULL, spare4 NULL,<br>            spare3 NULL, spare2 NULL, spare1 NULL<br>        },<br>        criticalExtensionsFuture               SEQUENCE {}<br>    }<br>}<br><br>RRCConnectionReconfiguration-r8-IEs ::= SEQUENCE {<br>    measConfig                       MeasConfig                       OPTIONAL,  -- Need ON<br>    mobilityControlInfo              MobilityControlInfo              OPTIONAL,  -- Cond HO<br>    dedicatedInfoNASList             SEQUENCE (SIZE(1..maxDRB)) OF<br>                                         DedicatedInfoNAS             OPTIONAL,  -- Cond nonHO<br>    radioResourceConfigDedicated     RadioResourceConfigDedicated     OPTIONAL,  -- Cond HO-toEUTRA<br>    securityConfigHO                 SecurityConfigHO                 OPTIONAL,  -- Cond HO<br>    nonCriticalExtension             RRCConnectionReconfiguration-v890-IEs   OPTIONAL<br>}<br><br>RRCConnectionReconfiguration-v890-IEs ::= SEQUENCE {<br>    lateNonCriticalExtension         OCTET STRING                     OPTIONAL,  -- Need OP<br>    nonCriticalExtension             RRCConnectionReconfiguration-v920-IEs   OPTIONAL<br>}<br><br>RRCConnectionReconfiguration-v920-IEs ::= SEQUENCE {<br>    otherConfig-r9                   OtherConfig-r9                   OPTIONAL,  -- Need ON<br>    fullConfig-r9                    ENUMERATED {true}                OPTIONAL,  -- Cond HO-ReestAB<br>    nonCriticalExtension             SEQUENCE {}                      OPTIONAL  -- Need OP<br>```<br><br>**Source:** TS 36.331, pp. 97-108 |
| [B] on a condition that the handover command message comprises the one-bit indication, releasing parameters included in said first configuration and performing a full configuration procedure for handover to the target BS so that the UE is configured according to a second configuration including | As evidenced below, an Accused Product operating on an LTE network, on a condition that the handover command message comprises the one-bit indication, releases parameters included in said first configuration and performing a full configuration procedure for handover to the target BS so that the UE is configured according to a second configuration including parameters defined in said second protocol release. |

Exhibit F – U.S. Patent No. 11,109,282

| Claim 1 | Accused Products |
|---|---|
| parameters defined in said second protocol release. | **5.3.5.4    Reception of an *RRCConnectionReconfiguration* including the *mobilityControlInfo* by the UE (handover)**<br><br>If the *RRCConnectionReconfiguration* message includes the *mobilityControlInfo* and the UE is able to comply with the configuration included in this message, the UE shall:<br><br>1> stop timer T310, if running;<br><br>1> start timer T304 with the timer value set to *t304*, as included in the *mobilityControlInfo*;<br><br>1> if the *carrierFreq* is included:<br><br>    2> consider the target cell to be one on the frequency indicated by the *carrierFreq* with a physical cell identity indicated by the *targetPhysCellId*;<br><br>1> else:<br><br>    2> consider the target cell to be one on the current frequency with a physical cell identity indicated by the *targetPhysCellId*;<br><br>1> start synchronising to the DL of the target cell;<br><br>NOTE 1:  The UE should perform the handover as soon as possible following the reception of the RRC message triggering the handover, which could be before confirming successful reception (HARQ and ARQ) of this message.<br><br>1> reset MAC;<br><br>1> re-establish PDCP for all RBs that are established;<br><br>NOTE 2:  The handling of the radio bearers after the successful completion of the PDCP re-establishment, e.g. the re-transmission of unacknowledged PDCP SDUs (as well as the associated status reporting), the handling of the SN and the HFN, is specified in TS 36.323 [8].<br><br>1> re-establish RLC for all RBs that are established;<br><br>1> apply the value of the *newUE-Identity* as the C-RNTI;<br><br>1> if the *RRCConnectionReconfiguration* message includes the *fullConfig*:<br><br>    2> perform the radio configuration procedure as specified in section 5.3.5.8;<br><br>[…]<br><br>**Source:** TS 36.331, pp. 44-45 |

Exhibit F – U.S. Patent No. 11,109,282

| Claim 1 | Accused Products |
|---|---|
| | **5.3.5.8    Radio Configuration involving full configuration option**<br><br>The UE shall:<br><br>1> release/ clear all current dedicated radio configurations except the C-RNTI, the security configuration and the PDCP, RLC and logical channel configurations for the RBs;<br><br>NOTE 1:  Radio configuration is not just the resource configuration but includes other configurations like *MeasConfig* and *OtherConfig*.<br><br>1> if the *RRCConnectionReconfiguration* message includes the *mobilityControlInfo*:<br><br>2> release/ clear all current common radio configurations;<br><br>2> use the default values specified in 9.2.5 for timer T310, T311 and constant N310, N311;<br><br>1> else:<br><br>2> use values for timers T301, T310, T311 and constants N310, N311, as included in *ue-TimersAndConstants* received in *SystemInformationBlockType2*;<br><br>1> apply the default physical channel configuration as specified in 9.2.4;<br><br>1> apply the default semi-persistent scheduling configuration as specified in 9.2.3;<br><br>1> apply the default MAC main configuration as specified in 9.2.2;<br><br>1> for each *srb-Identity* value included in the *srb-ToAddModList* (SRB reconfiguration):<br><br>2> apply the specified configuration defined in 9.1.2 for the corresponding SRB;<br><br>2> apply the corresponding default RLC configuration for the SRB specified in 9.2.1.1 for SRB1 or in 9.2.1.2 for SRB2;<br><br>2> apply the corresponding default logical channel configuration for the SRB as specified in 9.2.1.1 for SRB1 or in 9.2.1.2 for SRB2;<br><br>NOTE 2:  This is to get the SRBs (SRB1 and SRB2) for handover and SRB2 for reconfiguration after reestablishment) to a known state from which the reconfiguration message can do further configuration.<br><br>1> for each *eps-BearerIdentity* value included in the *drb-ToAddModList* that is part of the current UE configuration:<br><br>2> release the PDCP entity;<br><br>2> release the RLC entity or entities;<br><br>2> release the DTCH logical channel;<br><br>2> release the *drb-identity*;<br><br>NOTE 3:  This will retain the *eps-bearerIdentity* but remove the DRBs including *drb-identity* of these bearers from the current UE configuration and trigger the setup of the DRBs within the AS in Section 5.3.10.3 using the new configuration. The *eps-bearerIdentity* acts as the anchor for associating the released and re-setup DRB.<br><br>1> for each *eps-BearerIdentity* value that is part of the current UE configuration but not part of the *drb-ToAddModList*:<br><br>2> perform DRB release as specified in 5.3.10.2;<br><br><br>**Source:** TS 36.331, pp. 46-47 |

9

Exhibit F – U.S. Patent No. 11,109,282

| Claim 2 | Accused Products |
|---|---|
| The method of claim 1, wherein on a condition that the first protocol release is not newer than the second protocol release supported by the target BS, the handover command message does not indicate that the UE perform a full configuration. | As evidenced below, on a condition that the first protocol release is not newer than the second protocol release supported by the target BS, the handover command message does not indicate that the UE perform a full configuration.<br><br><br><br>**Source:** TS 36.331, pp. 97-108 |

| Claim 3 | Accused Products |
|---|---|
| The method of claim 1, wherein the handover command message includes a radio resource control | As evidenced below, the handover command message includes a radio resource control (RRC) connection reconfiguration message. |

10

Exhibit F – U.S. Patent No. 11,109,282

| Claim 3 | Accused Products |
|---|---|
| (RRC) connection reconfiguration message. | **10.2.2    Message definitions**<br><br>–         *HandoverCommand*<br>This message is used to transfer the handover command generated by the target eNB, which is transparently transferred by the source RAN to the UE.<br><br>Direction: target eNB to source eNB/ source RAN<br><br>***HandoverCommand* message**<br><br>```<br>-- ASN1START<br><br>HandoverCommand ::=                  SEQUENCE {<br>    criticalExtensions                  CHOICE {<br>        c1                                  CHOICE{<br>            handoverCommand-r8                  HandoverCommand-r8-IEs,<br>            spare7 NULL,<br>            spare6 NULL, spare5 NULL, spare4 NULL,<br>            spare3 NULL, spare2 NULL, spare1 NULL<br>        },<br>        criticalExtensionsFuture            SEQUENCE {}<br>    }<br>}<br><br>HandoverCommand-r8-IEs ::=           SEQUENCE {<br>    handoverCommandMessage              OCTET STRING (CONTAINING DL-DCCH-Message),<br>    nonCriticalExtension                SEQUENCE {}                        OPTIONAL<br>}<br><br>-- ASN1STOP<br>```<br><br>| ***HandoverCommand* field descriptions** |<br>| *handoverCommandMessage* |<br>| Contains the entire DL-DCCH-Message including the *RRCConnectionReconfiguration* message used to perform handover to E-UTRAN, generated (entirely) by the target eNB. |<br><br>**Source:** TS 36.331, p. 221 |

| Claim 4 | Accused Products |
|---|---|
| The method of claim 1, wherein the first protocol release is a first radio resource control (RRC) protocol release and the second protocol | As evidenced below, the first protocol release is a first radio resource control (RRC) protocol release and the second protocol release is a second RRC protocol release. |

11

Exhibit F – U.S. Patent No. 11,109,282

| Claim 4 | Accused Products |
|---|---|
| release is a second RRC protocol release. | 5.3.1.3    Connected mode mobility<br><br>[…]<br><br>If the target eNB does not support the release of RRC protocol which the source eNB used to configure the UE, the target eNB may be unable to comprehend the UE configuration provided by the source eNB. In this case, the target eNB should use the full configuration option to reconfigure the UE for Handover and Re-establishment. Full configuration option includes an initialization of the radio configuration, which makes the procedure independent of the configuration used in the source cell with the exception that the security algorithms are continued for the RRC re-establishment.<br><br>[…]<br><br>**Source:** TS 36.331, p. 33 |

| Claim 5 | Accused Products |
|---|---|
| The method of claim 1, wherein on the condition that the first protocol release is newer than the second protocol release, the first protocol release is higher than the second protocol release. | As evidenced below, on the condition that the first protocol release is newer than the second protocol release, the first protocol release is higher than the second protocol release.<br><br>As 3GPP Technical Specifications and Technical Reports evolve from the early drafting stages, though progressively more stable versions, to being brought under change control, so the version number of the document changes. The rules for maintaining the version number are contained in clause 4.4 of 3GPP TR 21.900, but are briefly summarized here.<br><br>The "version" is comprised of three fields:<br><br>• major<br>• technical<br>• editorial<br><br>Each field has a numeric value, starting with zero. The fields are separated with dots, and the version number shows major, technical and editorial fields respectively from left to right. Thus a spec whose major field is 4, whose technical field is 7 and whose editorial field is 1 would be shown as version 4.7.1.<br><br>**Source:** https://www.3gpp.org/specifications-technologies/specifications-by-series/version-numbering-scheme |

12

Exhibit F – U.S. Patent No. 11,109,282

| Claim 5 | Accused Products |
|---|---|
|  |  |

| Claim 6 | Accused Products |
|---|---|
| The method of claim 1, wherein on the condition that the first protocol release is newer than the second protocol release, the first protocol release is later than the second protocol release. | As evidenced below, on the condition that the first protocol release is newer than the second protocol release, the first protocol release is later than the second protocol release.<br><br>As 3GPP Technical Specifications and Technical Reports evolve from the early drafting stages, though progressively more stable versions, to being brought under change control, so the version number of the document changes. The rules for maintaining the version number are contained in clause 4.4 of 3GPP TR 21.900, but are briefly summarized here.<br><br>The "version" is comprised of three fields:<br><br>• major<br>• technical<br>• editorial<br><br>Each field has a numeric value, starting with zero. The fields are separated with dots, and the version number shows major, technical and editorial fields respectively from left to right. Thus a spec whose major field is 4, whose technical field is 7 and whose editorial field is 1 would be shown as version 4.7.1.<br><br>**Source:** https://www.3gpp.org/specifications-technologies/specifications-by-series/version-numbering-scheme |

| Claim 7 | Accused Products |
|---|---|
| The method of claim 1, wherein the target BS is a first evolved node B (eNB) and the source BS is a second eNB. | As evidenced below, the target BS is a first evolved node B (eNB) and the source BS is a second eNB. |

Exhibit F – U.S. Patent No. 11,109,282

| Claim 7 | Accused Products |
|---|---|
| | <br><br>Figure 10.1.2.1.1-1: Intra-MME/Serving Gateway HO<br><br>**Source:** TS 36.300, p. 48 |

| Claim 8 | Accused Products |
|---|---|
| [PRE] A user equipment (UE) capable of handover, using one of a delta configuration signaling scheme or a full configuration signaling | An Accused Product is a "user equipment." As evidenced below an Accused Product is capable of handover, using one of a delta configuration signaling scheme or a full configuration signaling scheme, from a source base station (BS) supporting a first protocol release to a target BS supporting a second protocol release, said UE being configured |

Exhibit F – U.S. Patent No. 11,109,282

| Claim 8 | Accused Products |
|---|---|
| scheme, from a source base station (BS) supporting a first protocol release to a target BS supporting a second protocol release, said UE being configured according to a first configuration including parameters defined in said first protocol release, the UE comprising: | according to a first configuration including parameters defined in said first protocol release. *See* Claim 1, [PRE]. |
| [A] a transceiver configured to receive a handover command message from the source BS, wherein on a condition that the first protocol release is newer than the second protocol release, the handover command message comprises a one-bit indication that the UE perform a full configuration, wherein the UE is configured according to the first protocol release used by the source BS; and | The Accused Products include hardware/software configured to transmit and receive signals when communicating using LTE (i.e., a transceiver). As evidenced above, the hardware/software configured to transmit/receive signals when communicating using LTE is configured to receive a handover command message from the source BS, wherein on a condition that the first protocol release is newer than the second protocol release, the handover command message comprises a one-bit indication that the UE perform a full configuration, wherein the UE is configured according to the first protocol release used by the source BS. *See* Claim 1, [A]. |
| [B] a processor configured to, on a condition that the handover command message comprises the one-bit indication, release parameters included in said first configuration and perform a full configuration procedure for handover to the target BS so that the UE is configured according to a second configuration including | The Accused Products include one or more processors (e.g., processor(s) in a telematics unit, processor(s) in a data communications module). As evidenced above, the one or more processors are configured to, on a condition that the handover command message comprises the one-bit indication, release parameters included in said first configuration and perform a full configuration procedure for handover to the target BS so that the UE is configured according to a second configuration including parameters defined in said second protocol release. *See* Claim 1, [B]. |

Exhibit F – U.S. Patent No. 11,109,282

| Claim 8 | Accused Products |
|---|---|
| parameters defined in said second protocol release. | |

| Claim 9 | Accused Products |
|---|---|
| The UE of claim 8, wherein on a condition that the first protocol release is not newer than the second protocol release supported by the target BS, the handover command message does not indicate that the UE perform a full configuration. | As evidenced above, on a condition that the first protocol release is not newer than the second protocol release supported by the target BS, the handover command message does not indicate that the UE perform a full configuration. *See* Claim 2. |

| Claim 10 | Accused Products |
|---|---|
| The UE of claim 8, wherein the handover command message includes a radio resource control (RRC) connection reconfiguration message. | As evidenced above, the handover command message includes a radio resource control (RRC) connection reconfiguration message. *See* Claim 3. |

| Claim 11 | Accused Products |
|---|---|
| The UE of claim 8, wherein the first protocol release is a first radio resource control (RRC) protocol release and the second protocol release is a second RRC protocol release. | As evidenced below, the first protocol release is a first radio resource control (RRC) protocol release and the second protocol release is a second RRC protocol release. *See* Claim 4. |

Exhibit F – U.S. Patent No. 11,109,282

| Claim 12 | Accused Products |
|---|---|
| The UE of claim 8, wherein on the condition that the first protocol release is newer than the second protocol release, the first protocol release is higher than the second protocol release. | As evidenced below, on the condition that the first protocol release is newer than the second protocol release, the first protocol release is higher than the second protocol release. *See* Claim 5. |

| Claim 13 | Accused Products |
|---|---|
| The UE of claim 8, wherein on the condition that the first protocol release is newer than the second protocol release, the first protocol release is later than the second protocol release. | As evidenced below, on the condition that the first protocol release is newer than the second protocol release, the first protocol release is later than the second protocol release. *See* Claim 6. |

| Claim 14 | Accused Products |
|---|---|
| The UE of claim 8, wherein the target BS is a first evolved node B (eNB) and the source BS is a second eNB. | As evidenced below, the target BS is a first evolved node B (eNB) and the source BS is a second eNB. *See* Claim 7. |

| Claim 15 | Accused Products |
|---|---|
| [PRE] A non-transitory computer readable storage medium storing a set of instructions for execution by at least one processor of a user equipment (UE) for supporting the UE handover, using one of a delta configuration signaling scheme or a | An Accused Product is a "user equipment." Each Accused Product includes one or more processors (e.g., processor(s) in a telematics unit, processor(s) in a data communications module) configured to implement and/or support LTE communications. These processors implement instructions stored as software/code in memory included in the Accused Product (i.e., a non-transitory computer readable storage medium storing a set of instructions for execution by at least one processor of a user equipment). As evidenced below, the instructions support UE handover, using one of a delta configuration signaling scheme or a |

Exhibit F – U.S. Patent No. 11,109,282

| Claim 15 | Accused Products |
|---|---|
| full configuration signaling scheme, from a source base station (BS) supporting a first protocol release to a target BS supporting a second protocol release, said UE being configured according to a first configuration including parameters defined in said first protocol release, the set of instructions comprising: | full configuration signaling scheme, from a source base station (BS) supporting a first protocol release to a target BS supporting a second protocol release, said UE being configured according to a first configuration including parameters defined in said first protocol release. *See* Claim 1, [PRE]. |
| [A] a first instruction segment for receiving a handover command message from the source BS, wherein on a condition that the first protocol release is newer than the second protocol release, the handover command message comprises a one-bit indication that the UE perform a full configuration, wherein the UE is configured according to the first protocol release used by the source BS; and | As evidenced above, the instructions cause the UE to receive a handover command message from the source BS, wherein on a condition that the first protocol release is newer than the second protocol release, the handover command message comprises a one-bit indication that the UE perform a full configuration, wherein the UE is configured according to the first protocol release used by the source BS. *See* Claim 1, [A]. |
| [B] a second instruction segment for, on a condition that the handover command message comprises the one-bit indication, releasing parameters included in said first configuration and performing a full configuration procedure for handover to the target BS so that the UE is configured according to a | As evidenced above, the instructions cause the UE to, on a condition that the handover command message comprises the one-bit indication, release parameters included in said first configuration and perform a full configuration procedure for handover to the target BS so that the UE is configured according to a second configuration including parameters defined in said second protocol release. *See* Claim 1, [B]. |

Exhibit F – U.S. Patent No. 11,109,282

| Claim 15 | Accused Products |
|---|---|
| second configuration including parameters defined in said second protocol release. | |

| Claim 16 | Accused Products |
|---|---|
| The non-transitory computer readable storage medium of claim 15, wherein on a condition that the first protocol release is not newer than the second protocol release supported by the target BS, the handover command message does not indicate that the UE perform a full configuration. | As evidenced above, on a condition that the first protocol release is not newer than the second protocol release supported by the target BS, the handover command message does not indicate that the UE perform a full configuration. *See* Claim 2. |

| Claim 17 | Accused Products |
|---|---|
| The non-transitory computer readable storage medium of claim 15, wherein the handover command message includes a radio resource control (RRC) connection reconfiguration message. | As evidenced above, the handover command message includes a radio resource control (RRC) connection reconfiguration message. *See* Claim 3. |

| Claim 18 | Accused Products |
|---|---|
| The non-transitory computer readable storage medium of claim 15, wherein the first protocol release is a first radio resource control (RRC) protocol release and the | As evidenced below, the first protocol release is a first radio resource control (RRC) protocol release and the second protocol release is a second RRC protocol release. *See* Claim 4. |

Exhibit F – U.S. Patent No. 11,109,282

| Claim 18 | Accused Products |
|---|---|
| second protocol release is a second RRC protocol release. | |

| Claim 19 | Accused Products |
|---|---|
| The non-transitory computer readable storage medium of claim 15, wherein on the condition that the first protocol release is newer than the second protocol release, the first protocol release is higher than the second protocol release. | As evidenced below, on the condition that the first protocol release is newer than the second protocol release, the first protocol release is higher than the second protocol release. *See* Claim 5. |

| Claim 20 | Accused Products |
|---|---|
| The non-transitory computer readable storage medium of claim 15, wherein on the condition that the first protocol release is newer than the second protocol release, the first protocol release is later than the second protocol release. | As evidenced below, on the condition that the first protocol release is newer than the second protocol release, the first protocol release is later than the second protocol release. *See* Claim 6. |