IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| WI-LAN INC. and WIRELESS FUTURE TECHNOLOGIES, INC., <br><br> Plaintiffs, <br><br> v. <br><br> TOYOTA MOTOR CORPORATION, TOYOTA MOTOR NORTH AMERICA, INC. and TOYOTA MOTOR SALES, U.S.A., INC., <br><br> Defendants. | CIVIL ACTION NO. 2:25-CV-00066-JRG <br><br> **JURY TRIAL DEMANDED** |

## ORDER

Before the Court is the Joint Stipulation of Dismissal of Plaintiffs Wi-LAN Inc. and Wireless Future Technologies, Inc., on the one hand, and Defendants Toyota Motor Corporation, Toyota Motor North America, Inc. and Toyota Motor Sales, U.S.A., Inc., on the other hand, pertaining to the above-captioned action. In the Joint Stipulation, the Parties stipulate to the dismissal without prejudice of all claims and counterclaims between them pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

Having considered the Joint Stipulation of Dismissal, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the Court **ACKNOWLEDGES** and **ACCEPTS** that all claims against Defendants and all counterclaims against Plaintiffs are **DISMISSED WITHOUT PREJUDICE**. All pending requests between the Parties in the above-captioned case not explicitly granted herein **are DENIED AS MOOT**.

Each Party is to bear its own costs, expenses, and attorneys' fees.

The Clerk of Court is directed to **CLOSE** this case.